| | |
|---|---|
| 1  MARK E. FERGUSON | |
| 2  BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP<br>Courthouse Place | |
| 3  54 West Hubbard Street, Suite 300<br>Chicago, IL 60610 | **E-filed 5/17/05** |
| 4  Telephone:  (312) 494-4400<br>Facsimile:  (312) 494-4440 | |

Attorneys for Plaintiffs Hewlett-Packard Company and Hewlett-Packard Development Company, L.P.

CHRIS R. OTTENWELLER (SBN 73649)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401

Attorneys for Defendant EMC Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY,<br>HEWLETT-PACKARD DEVELOPMENT<br>COMPANY, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>EMC CORPORATION,<br><br>Defendant. | Case No.  C 04-04546 JF (HRL)<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE (FRCP RULE 41) AND [PROPOSED] ORDER THEREON** |

Plaintiffs Hewlett-Packard Company and Hewlett-Packard Development Company LP and Defendant EMC Corporation, through their respective counsel of record, hereby stipulate as follows:

1. This action and all claims and counterclaims asserted therein are dismissed with prejudice;

2. Each party shall bear its own costs and attorney's fees; and

3. This Stipulation shall be made an Order of the Court.

Dated: May 3, 2005

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP

By     /s/ Christopher D. Landgraff /s/
Christopher D. Landgraff
Attorneys for Plaintiffs/Counterdefendants

Dated: May 3, 2005

ORRICK, HERRINGTON & SUTCLIFFE LLP

By     /s/ Todd M. Briggs /s/ for
Chris R. Ottenweller
Attorneys for Defendant/Counterclaimant

I, Todd M. Briggs, am the ECF User whose identification and password are being used to file this Stipulation for Dismissal of Action with Prejudice (FRCP 41) and [Proposed] Order Thereon. Pursuant to General Order 45.X.B, I hereby attest that Christopher D. Landgraff of Bartlit Beck Herman Palenchar & Scott LLP, counsel for Hewlett-Packard Company and Hewlett-Packard Development Company, L.P., has concurred in this filing.

By     /s/ Todd M. Briggs /s/
Todd M. Briggs

-1-

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
(FRCP RULE 41) AND [PROPOSED] ORDER THEREON
CASE NO. C 04-04546 JF (HRL)

## ORDER

On the stipulation of the parties and good cause appearing therefor,

IT IS ORDERED that this action (Case No. C 04-04546 JF (HRL)) and all claims and counterclaims asserted therein are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: 5/16/05

/s/electronic signature authorized

The Honorable Jeremy Fogel
United States District Judge

-2-

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
(FRCP RULE 41) AND [PROPOSED] ORDER THEREON
CASE NO. C 04-04546 JF (HRL)